**JAMES K. WARD, ESQ. (SBN 117639)**
**DANIEL P. JAY, ESQ. (SBN 215860)**
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
TWAIN HARTE COMMUNITY SERVICES DISTRICT
**PUBLIC ENTITY-FILING FEE WAIVED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE HILTON ,<br><br>Plaintiff,<br><br>vs.<br><br>TWAIN HARTE COMMUNITY SERVICES DISTRICT, and DOES ONE THROUGH TWENTY, Inclusive,<br><br>Defendants, | **Case No. 1:12-CV-1360 SMS**<br><br>**STIPULATION OF THE PARTIES AND ORDER RE: ADJUSTED SCHEDULING ORDER** |

IT IS HEREBY STIPULATED by Plaintiff, YVONNE HILTON, by and through her attorneys, and Defendant, TWAIN HARTE COMMUNITY SERVICES DISTRICT, by and through its attorneys, that the pre-trial scheduling order will be adjusted as set forth below in order to allow the parties to complete depositions in this matter and have them available for use in the dispositive motion proceedings. The parties stipulate that:

- The dispositive motion filing deadline will be adjusted from April 7, 2014 to **April 14, 2014**;

- The opposition brief filing deadline will be adjusted from April 23, 2014 to **April 30, 2014**;
- The reply brief filing deadline will be adjusted from April 30, 2014 to **May 7, 2014**; and
- The hearing date for dispositive motions will be adjusted from May 7, 2014 to **May 14, 2014 at 1:00 p.m.**

The parties submit that good cause exists to adjust the scheduling order in the manner set forth above because, due to a discovery dispute, Plaintiff has not been able to complete the deposition of Defendant's former general manager and Plaintiff will need this deposition completed in order to oppose the dispositive motion contemplated by Defendant. Therefore, the parties request that the Court adjust the pre-trial scheduling order as set forth above.

IT IS SO STIPULATED.

Dated: April 2, 2014

EVANS, WIECKOWSKI & WARD, LLP

/s/ Daniel Jay

JAMES K. WARD
DANIEL JAY
Attorneys for Defendant TWAIN HARTE COMMUNITY SERVICES DISTRICT

Dated: April 2, 2014

LAW OFFICES OF RICHARD N. KOSS

/s/ Richard N. Koss

RICHARD N. KOSS
Attorney for Plaintiff YVONNE HILTON

**DECLARATION OF DANIEL JAY**

I, Daniel Jay, do hereby declare and say the following:

1. I am one of the attorneys of record for Defendant in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to adjust the pre-trial scheduling order. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct. This Declaration was executed on April 2, 2014 in Sacramento, California.

/s/ Daniel Jay

______________________________

**DECLARATION OF RICHARD KOSS**

I, Richard Koss, do hereby declare and say the following:

1. I am one of the attorneys of record for Plaintiff in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to adjust the pre-trial scheduling order. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct. This Declaration was executed on April 2, 2014 in Redwood City, California.

/s/ Richard Koss

______________________________

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the pre-trial scheduling order be adjusted as follows:

- The dispositive motion filing deadline will be adjusted from April 7, 2014 to **April 14, 2014**;
- The opposition brief filing deadline will be adjusted from April 23, 2014 to **April 30, 2014**;
- The reply brief filing deadline will be adjusted from April 30, 2014 to **May 7, 2014**; and
- The hearing date for dispositive motions will be adjusted from May 7, 2014 to **May 14, 2014 at 1:00 p.m.**

IT IS SO ORDERED.

Dated: **April 2, 2014**

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE