**JAMES K. WARD, ESQ. (SBN 117639)**
**DANIEL P. JAY, ESQ. (SBN 215860)**
EVANS, WIECKOWSKI ,WARD, & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendant
TWAIN HARTE COMMUNITY SERVICES DISTRICT
**PUBLIC ENTITY-FILING FEE WAIVED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE HILTON , | Case No. 1:12-CV-01360-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL; AND ORDER OF DISMISSAL** |
| vs. | |
| TWAIN HARTE COMMUNITY SERVICES DISTRICT, and DOES ONE THROUGH TWENTY, Inclusive, | |
| Defendants, | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) the parties to this action through their respective counsel do hereby stipulate that the complaint brought by Plaintiff, Yvonne Hilton in the action identified above, be dismissed with prejudice, the parties bearing their own attorney's fees and costs.

///

///

///

///

///

STIPULATION AND ORDER FOR DISMISSAL - 1

Dated: 5/11/15                              EVANS WIECKOWSKI, WARD, &
                                            SCOFFIELD, LLP


                                            By:/s/Daniel P. Jay
                                                JAMES K. WARD
                                                DANIEL P. JAY
                                                ATTORNEYS FOR DEFENDANT
                                                TWAIN HARTE COMMUNITY
                                                SERVICES DISTRICT

Dated: 5/11/15                              LAW OFFICES OF RAND L. STEPHENS


                                            By:/s/ Rand L. Stephens
                                                RAND L. STEPHENS
                                                ATTORNEY FOR PLAINTIFF
                                                YVONE HILTON


Dated: 5/11/15                              LAW OFFICES OF RICHARD N. KOSS


                                            By:/s/ Richard N. Koss
                                                RICHARD N. KOSS
                                                ATTORNEY FOR PLAINTIFF
                                                YVONNE HILTON


## ORDER OF DISMISSAL

Pursuant to the terms of the foregoing stipulation, and in accordance with the provisions of the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) the Plaintiff's complaint in Case No.: **1:12-cv-01360** is hereby dismissed with prejudice, each party to bear their own fees and costs.


DATED: 5/19/2015                            /s/ SANDRA M. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE